# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | **CASE NUMBER 6:16-CR-00001-RC** |
| **v.** | § | |
| | § | |
| | § | |
| **JUAN ANTONIO RIVERA-JAIMES (1),** | § | |
| | § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge John D. Love conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty plea. He further recommended that the court adjudge the Defendant guilty on Count Five of the Superseding Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report. The court **ORDERS** the Defendant's attorney to read and discuss the presentence report with the Defendant, and file any objections to the report **BEFORE** the date of the sentencing hearing.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Juan Antonio Rivera-Jaimes (1), is adjudged guilty as to Count Five of the Superseding Indictment charging a violation of **21 U.S.C. § 841(A)(1) - POSSESSION WITH THE INTENT TO DISTRIBUTE OR DISPENSE (METHAMPHETAMINE, COCAINE, HEROIN, CRACK COCAINE, MARIJUANA) AND 18 U.S.C. SECTION 2**.

**So Ordered and Signed**

**Feb 3, 2017**

_____
Ron Clark, United States District Judge